UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTOLIN ANDREW MARKS,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

Case No.  C08-5152BHS-JKA

ORDER OF DISMISSAL

    This matter comes before the Court on a review of the file. On May 14, 2008, the Court entered an order denying Plaintiff's Motion for Leave to Proceed in Forma Pauperis. Dkt. 6. Plaintiff was cautioned that failure to pay the filing fee on or before June 13, 2008, would result in dismissal without prejudice and without further notice to Plaintiff. To date, Plaintiff has not paid the filing fee in this matter. Therefore, it is hereby

    **ORDERED** that this matter is **DISMISSED without prejudice**.

    DATED this 18th day of June, 2008.

BENJAMIN H. SETTLE
United States District Judge

ORDER