# United States District Court

WESTERN DISTRICT OF WASHINGTON

ANTOLIN ANDREW MARKS

v.

UNITED STATES OF AMERICA

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5152BHS-JKA

___ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That this matter is **DISMISSED without prejudice**.

___ June 18, 2008 ___
Date

___ BRUCE RIFKIN ___
Clerk

___ *s/CM Gonzalez* ___
Deputy Clerk